PROB 12C
(7/93)

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 07 2006

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

# United States District Court
## for the
## Western District of Virginia
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffrey Scott Wright        Case Number: 7:96CR00060-001

Name of Sentencing Judicial Officer:    Honorable James C. Turk

Date of Original Sentence:    February 5, 1997

Original Offense:    Theft of Mail and Bank Fraud

Original Sentence:    18 months incarceration

Type of Supervision:    supervised release        Date Supervision Commenced:    July 12, 2004

Asst. U.S. Attorney:    Thomas L. Eckert        Defense Attorney:    Grady W. Donaldson, Jr.

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition**: *"The defendant shall not commit another federal, state or local crime."*

    The defendant pled guilty on May 8, 2006, to driving under the influence, identity fraud, and driving after being judged a habitual offender (second offense). His sentencing in the Lynchburg Circuit Court is scheduled for July 14, 2006.

Prob 12C                      -2-                      Petition for Warrant or Summons
for Offender Under Supervision

U.S. Probation Officer Recommendation:

The term of supervision should be:

    [X]    Revoked
    [ ]    Extended for year(s), for a total term of years.

[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     July 6, 2006

*[signature: M. Blankenship]*

Michael D. Blankenship
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant (Petition and warrant shall be **SEALED** until execution of warrant.)
[X]    The Issuance of a Summons
[ ]    Other

*[signature: James C. Turk]*

Signature of Judicial Officer

July 7, 2006
Date